# EXHIBIT A

| Serial Number | Wordmark | Image | Registration Date | Registration Number |
|---|---|---|---|---|
| 78796272 | SMOOTH | | 2007-02-13 | 3,208,059 |
| 73428293 | |  | 1985-02-12 | 1,318,983 |
| 73590151 | 110 | | 1986-11-18 | 1,417,367 |
| 73590152 | 186 | | 1986-10-28 | 1,414,878 |
| 74509436 | ON-Q | | 1997-01-28 | 2,034,103 |
| 74577060 | PERMEX | | 1997-08-12 | 2,088,004 |
| 74617296 | OPTIMIX | | 1997-06-17 | 2,072,262 |
| 75049572 | PARA-FLO | | 1997-08-19 | 2,089,987 |
| 75935680 | SLOAN | | 2001-10-09 | 2,495,769 |
| 71610589 | SLOAN | | 1953-06-23 | 576,222 |
| 71639146 | SLOAN | | 1954-01-05 | 584,323 |
| 73273597 | OPTIMA | | 1981-11-24 | 1,178,947 |
| 74230925 | OPTIMA PLUS | | 1993-05-04 | 1,769,197 |
| 74678759 | COURTESY FLUSH | | 1999-03-02 | 2,229,224 |
| 75024186 | BAK-CHEK | | 1997-06-10 | 2,070,747 |
| 74558024 | GEM-2 | | 1995-08-22 | 1,913,193 |
| 75530666 | |  | 2001-01-02 | 2,416,784 |

| | | | | |
|---|---|---|---|---|
| 75441902 | ROYAL II | | 1999-10-12 | 2,286,617 |
| 73786037 | SLOAN | | 1990-03-13 | 1,586,636 |
| 71308558 | NAVAL | | 1931-06-16 | 284,212 |
| 71596812 | ACT-O-MATIC | | 1951-05-22 | 542,793 |
| 73016617 | SLIM LINE | | 1975-07-15 | 1,015,641 |
| 75049569 | TURBO-FLO | | 1997-09-09 | 2,095,913 |
| 75517748 | CONTINENTAL | | 1999-09-28 | 2,281,297 |
| 71470684 | ROYAL | | 1944-12-12 | 410,682 |
| 71274988 | GEM | | 1929-04-23 | 255,451 |
| 98521631 | DROPSPOT | | | |
| 98521637 | WATERPORT | | | |
| 71676545 | SLOAN | | 1956-01-31 | 620,217 |
| 73428304 | |  | 1984-12-18 | 1,309,775 |
| 77600127 | SOLIS | | 2010-08-17 | 3,833,359 |
| 78248293 | SLOAN STONE | | 2004-05-25 | 2,844,883 |
| 78296897 | INTELLI-FLUSH | | 2006-02-21 | 3,060,933 |
| 78657343 | HEALTHMINDER | | 2009-03-31 | 3,600,232 |
| 86166276 | WATER CONNECTS US | | 2014-10-14 | 4,622,580 |
| 87522144 | BASYS | | 2018-01-16 | 5,380,605 |
| 87793816 | HALSTED STREET | | 2021-11-09 | 6,555,436 |
| 87782500 | SLOAN | | 2019-11-05 | 5,900,110 |
| 87814095 | STATE STREET | | 2021-11-09 | 6,555,467 |
| 87978795 | SLOAN | | 2020-07-07 | 6,093,474 |
| 77423701 | SLOAN ECOS | | 2008-10-14 | 3,516,058 |
| 78693203 | UPPERCUT | | 2006-10-24 | 3,162,124 |
| 72194526 | DOLPHIN | | 1965-03-16 | 786,670 |

| | | | | |
|---|---|---|---|---|
| 85361433 | BASYS | | 2012-05-22 | 4,147,874 |
| 98871925 | FLITE-DEC | | | |
| 71286846 | XPELOR | | 1930-06-03 | 271,429 |
| 75084830 | MICROPLUMB | | 1999-02-02 | 2,221,910 |
| 78440296 | CLEAN GREEN | | 2008-04-22 | 3,415,569 |
| 87025160 | SLOANTEC | | 2017-05-09 | 5,201,543 |
| 87814033 | CLARK STREET | | 2021-11-09 | 6,555,464 |
| 87814083 | RUSH STREET | | 2021-11-09 | 6,555,466 |
| 78970001 | ROYAL CLASSIC | | 2008-02-26 | 3,390,297 |
| 86204365 | WATER CONNECTS US | | 2015-04-21 | 4,725,096 |
| 87681170 | SLOAN CONNECT | | 2019-02-12 | 5,676,276 |
| 73645642 | OPTIMA | | 1988-01-19 | 1,473,023 |
| 73671565 | |  | 1988-11-29 | 1,514,511 |
| 76168253 | REGAL | | 2002-02-26 | 2,542,671 |
| 98427033 | SC ARGUS | | 2025-04-08 | 7,750,326 |
| 90813320 | HALEO | | | |
| 88459990 | CENTRIFLO | | 2022-09-13 | 6,847,049 |
| 86579478 | AER-DEC | | 2016-10-04 | 5,055,446 |
| 86734231 | JETRINSE | | 2017-09-12 | 5,286,840 |
| 87499818 | OPTIMA AIR | | 2019-09-03 | 5,852,134 |
| 87705033 | SLOAN | | 2019-10-29 | 5,894,091 |
| 87793834 | LAKE STREET | | 2021-11-09 | 6,555,437 |
| 87814057 | HUBBARD STREET | | 2021-11-09 | 6,555,465 |

| | | | | |
|---|---|---|---|---|
| 71310925 | CROWN | | 1931-06-16 | 284,196 |
| 75236050 | PWT PROGRAMMED WATER TECHNOLOGIES | | 1999-02-02 | 2,221,972 |
| 75351423 | OPTISHIELD | | 2000-01-25 | 2,312,300 |
| 78116495 | SLOAN STONE | | 2004-02-10 | 2,814,107 |
| 90389229 | I-FLUSH | | 2024-06-11 | 7,414,108 |
| 97638461 | GOLIGHTS | | | |
| 73636859 | FLUSHMATE | | 1987-08-04 | 1,450,618 |

# EXHIBIT B

SLOAN®
Water Connects Us®

**eCOMMERCE RESELLER POLICY**

**Effective Date: September 1st, 2023**

This eCommerce Reseller Policy ("Policy") is issued by Sloan Valve Company, Sloan Global Holdings LLC, and/or Sloan Marketplace LLC (collectively with its affiliates, "Sloan", "we" or "our") and applies to all resellers of Sloan Products. "Products" means product(s) manufactured by or for Sloan, or which are otherwise sold or marketed by Sloan, which have been provided to you, or will be provided to you, by Sloan or its affiliates. By purchasing Products from Sloan, you are expected to abide by the following terms.

You are an authorized reseller of Sloan Products if you are a distributor that has a direct account with Sloan that is in good standing ("Authorized Reseller"). You will remain an Authorized Reseller unless Sloan revokes your Authorized Reseller status, in Sloan's sole and absolute discretion. Sloan may review your activities for compliance with this Policy, and Authorized Resellers are expected to cooperate with any such review. Sloan will notify you in writing of any material updates or modifications made to this Policy. If you are not an Authorized Reseller, you are not authorized to sell Sloan's Products online without Sloan's written approval to do so.

The following are Sloan's expectations of you as an Authorized Reseller:

1. **Authorized Sales and Territories**

**Authorized Resellers may sell Products:**

(a) On their own website(s);
(b) To retailers, contractors or other commercial customers, provided that those retailers, contractors and commercial customers only resell to their customers offline.

**An Authorized Reseller may NOT:**

(a) Offer, promote or sell Products on any third-party online marketplace including but not limited to Amazon, Wal-Mart, or eBay or any other "online marketplace" (e.g. Buy.com, Newegg.com, Craigslist.com);
(b) Offer, promote or sell any Products on any website or third-party marketplace using a fictitious, hidden, masked or other name that has not been previously disclosed in writing to Sloan;
(c) Offer, promote or sell any Products to a contractor, retailer or any other party if that party intends to resell the Products online.
(d) Offer, promote or sell Products in violation of the Exhibit A Requirements for eCommerce Sales.

**Selling or transferring Products to any person or entity you know or have reason to know intends to resell the Products online, whether on their own website, on a third-party marketplace, or via any other ecommerce channel, is not permitted and will subject you to the penalties outlined in this Policy**.

***Sell-Through Data***. Upon request from Sloan, you must provide reasonably requested sell-through data for sales of the Products.

## 2. eCommerce Sales

***Permitted Websites (See Exhibit A)***. You are approved to sell Products through Permitted Websites in accordance with the terms of this Policy. A "Permitted Website" is a website or mobile application that is operated in compliance with this Policy, including the Requirements for eCommerce Sales, attached hereto as Exhibit A, as may be amended by Sloan at any time in its sole discretion. Sloan reserves the right to terminate, in its sole discretion, its approval for you to sell or market Sloan Products, and you must cease all such use immediately upon your receipt of Sloan's notice of termination.

***No sale of Products obtained from unapproved sources.*** Any person or entity selling Sloan Products through ecommerce channels that did not procure the product from Sloan directly is not authorized to sell Sloan Products online or use Sloan trademarks, copyrights, images or product information without Sloan's explicit written approval. Sloan reserves the right to take enforcement action against the seller and supplier of the Product in accordance with this policy.

***Product Storage***. You must comply with any instructions provided by Sloan regarding the handling, storage, transport, disposal, or other logistical aspects of the Products, including any instructions provided on Product labels and/or data safety sheets.

***Product Packaging.*** You must sell Products in their original packaging. Alterations to Products or their packaging are not allowed, unless approved in writing by Sloan. Do not remove or modify any label or remove or revise any literature accompanying the Products. You may not represent, advertise, or resell any Product as "new" that has been returned opened or repackaged in any way.

***Product Knowledge***. You must be familiar with the Sloan Products you sell and maintain sufficient Product knowledge to be able to educate customers on the proper and safe use of them, as well as any applicable warranties.

**3. Sales Practices**

Sloan expects that you sell and advertise Sloan's products, and otherwise operate your business, in a legal and ethical manner. You must not engage in any false, misleading, deceptive or similarly illegal or unethical advertising or other behavior. You may not make any warranties or representations concerning the Products except as approved in writing by Sloan.

**4. Limited Use of Sloan Product Brand Names and Logos**

Sloan, its affiliates, or its licensors own all proprietary rights in and to the Sloan and affiliated brands, names, logos, trademarks, service marks, trade dress, copyrights, images, and other intellectual property related to the Products (the "Sloan IP"). You must cease any use of the Sloan IP upon suspension or termination of your status as an Authorized Reseller. Your use of the Sloan IP must be in accordance with any brand guidelines Sloan may provide from time to time, and must be commercially reasonable as to the size, placement, and other manners of use. Sloan reserves the right to review and approve, in its sole discretion, your use or intended use of the Sloan IP at any time, without limitation. Unless expressly approved in writing by Sloan, you may not create, register, or use any domain name or any mobile application that contains any Sloan product name or any trademark owned by or licensed to Sloan, nor a misspelling or confusingly similar variation of any Sloan product name or any trademark owned by or licensed to Sloan.

**5. Support of Manufacturer's Warranty**

You may only extend to any end user of the Products Sloan's original manufacturer's warranty, in accordance with its terms. You may not modify or alter Sloan's original manufacturer's warranty, represent, or characterize Sloan's original manufacturer's warranty in any misleading manner.

**6. Loss of Authorized Reseller Status**

If you violate this Policy, Sloan reserves the right to subject you to enforcement actions at Sloan's discretion including but not limited to:

(a) Temporary Suspension of your Authorized Reseller status;
(b) Loss, termination or non-renewal of rebate incentives, or other marketing funds from Sloan, if any;
(c) Suspension or termination of Product shipments; and
(d) Termination of your Authorized Reseller status.

If your Authorized Reseller status is suspended or revoked, you must immediately stop: (i) selling the Products; (ii) acting in any manner that gives the impression that you are an Authorized Reseller of the Products or have any affiliation whatsoever with Sloan; and (iii) using all Sloan IP.

## EXHIBIT A
## REQUIREMENTS FOR eCOMMERCE SALES

All of your sales of Sloan Products on Permitted Websites must adhere to the following requirements:

1. You must operate through the Permitted Websites in the legal name or registered trade name of the organization that you have on file with Sloan. The Permitted Websites must not give the appearance that they are operated by Sloan, unless Sloan expressly approves all such elements in writing.

2. Your full legal name or registered trade name, mailing address, email address, and telephone contact must be provided to Sloan and must be easily found on the Permitted Websites and must be included with any shipment of Products from the Permitted Websites or in an order confirmation email sent at the time of purchase. You may not sell anonymously or under a name not provided to Sloan.

3. At Sloan's request, you must reasonably cooperate in demonstrating and/or providing access to, and copies of, all web pages on the Permitted Websites that are under your control or on which you otherwise display the Products for sale.

4. The Permitted Websites must provide and disclose methods for customers to submit inquiries and feedback ("Customer Inquiries") to you. You must use reasonable efforts to address all Customer Inquiries received in a timely manner. You agree to provide copies of any information related to Customer Inquiries (including your responses) to Sloan for review upon request. You agree to cooperate with Sloan in the investigation of negative reviews associated with your sale of the Products and to use reasonable efforts to resolve any complaints. You must maintain all records related to Customer Inquiries for a period of three (3) years following the creation or submission of such a record, to the extent legally permitted.

5. Permitted Websites under your control must comply with all applicable privacy, accessibility, privacy, data security and other laws, regulations, and industry standards, accessibility standards, and all applicable Payment Card Industry (PCI) data security standards. You are responsible for all fulfillment to your customers who order Products through Permitted Websites, any applicable taxes associated with such purchases of Products, and any returns of Products.

6. All uses of Sloan IP must be in compliance with Sloan's Brand Guidelines, located at https://www.sloan.com/sites/default/files/2020-08/sloan-brand-guidelines-202008.pdf, as may be amended from time to time by Sloan in its sole discretion. Unless otherwise approved by Sloan in writing, you may only use Product images and product content supplied by or approved by Sloan to market the Products on Permitted Websites. You must keep all Product images, descriptions and content up to date. You may reach out to your Sloan representative to obtain the most up to date approved Product images. By using Sloan IP, you agree to Sloan's copyright agreement, as provided or updated by Sloan from time to time.

# EXHIBIT C



SLOAN®

Water Connects Us®

# Brand Guidelines

## Water Connects Us®

Every day around the world, Sloan products connect
the systems that manage our planet's most precious resource.

## Our Mission

We want to passionately preserve the environment.

## Our Vision

Lead the global market in smart restroom solutions focused on health, wellness, and sustainability.

## Our Promise

Intelligent solutions that deliver higher standards of performance and responsibility.

# Table of Contents


**Logo | Usage and Requirements**

> Size and Scale 2
> Clear Space | Marks in Applications 3

**Trademarks and Logos | Usage**

> Guidelines 4
> Trademarks and Logos 5

**Typography | Text Elements**

> Typefaces and Text Element Usage 6

**Graphic Elements**

> Color Palette 7
> Graphic Elements Overview 8
> Graphic Elements Illustration 9

## **Logo** Standard Version

SLOAN®

SLOAN®
.75"
Minimum logo size

## **Logo** Tagline Version

SLOAN®
Water Connects Us®

SLOAN®
Water Connects Us®
1.125"
Minimum logo size with tagline

**SLOAN logo throughout history—**

more SLOAN Flush VALVES are sold than all other makes combined · SLOAN VALVE COMPANY · SLOAN FLUSH VALVES · SLOAN® · SLOAN® · SLOAN®

## **Logo** Clear Space

**Ample clear space preserves our brand signature.**
Our logo is always surrounded by a unit of clear space defined by the mark itself. The "S" in the Sloan logo becomes a buffer for a logo of any size. It is also used in the same manner around the version of our logo that has a tagline.

## **Logo** Primary Marks in Application





**Primary Logo - Blue and Green** **Reverse Logo - White and Green**

**Simple. Clean. Consistent.**
Our logo will appear in blue and green; or when used on a color or dark image, reversed to white and green. The two versions can be consistently applied to all types of backgrounds. The black only version is a secondary option for limited printing capabilities or co-branding opportunities that have strict color requirements.

# Trademark, Logo and Image Usage and Requirements:

These guidelines are designed to ensure the use of our brand assets consistently and correctly. On the following pages you'll find common uses of Sloan's brand assets, including trademarks, logos and images. Please apply these guidelines carefully and contact Sloan's marketing department with any questions at: marketing@sloan.com.

# Guidelines are as follows:

- Only use artwork files (e.g. logos, images, etc.) provided by Sloan
- The trademark or registered trademark should have the appropriate ™ or ® symbol
- Use the symbol in connection with the first and most prominent usage on each page of printed or digital material including a website page
- Accompany the mark or image with an acknowledgement of Sloan's ownership, so long as you have Sloan's written permission to do so
  For example:
  - Sloan® is a registered trademark of Sloan Valve Company.
  - Sloan® and Water Connects Us® are registered trademarks of Sloan Valve Company.
  - Sloan® is a registered trademark of Sloan Valve Company and is used with permission. (i.e. if you have Sloan's written permission)
  - Royal® Flushometer image courtesy of Sloan Valve Company and is used with permission. Royal is a registered trademark of Sloan Valve Company.

**A THIRD PARTY MUST HAVE SLOAN'S WRITTEN PERMISSION TO USE SLOAN'S MARKS AND IMAGES. SLOAN RETAINS THE RIGHT TO REVOKE SUCH PERMISSION IN ITS SOLE DISCRETION. ANY UNAUTHORIZED USE OF A SLOAN PROPRIETARY MARK AND IMAGE MAY RESULT IN LEGAL ACTION.**

# Trademarks and Logos:

- 110®
- 186®
- AER-DEC®
- Any Application. Any Environment.®
- Bak-Chek®
- BASYS®
- Clean Green®
- Continental®
- Courtesy Flush®
- Crown®
- Crown II®
- Dolphin®
- FLUSHMATE®
- GEM-2®
- Guildmark®
- HEALTHMINDER®
- Intelli-Flush®
- Jetrinse®
- MicroPlumb®
- On-Q®
- Optima®
- Optima iq®
- Optima Plus®
- Optimix®
- Optishield®
- Para-Flo®
- PERMEX®
- Regal®
- Royal®
- Royal Classic®
- Royal II®
- Sloan®
- SloanConnect℠
- SloanStone®
- SloanTec®
- SOLIS®
- Turbo-Flo®
- UPPERCUT®
- Water Connects Us®
- Xpelor®

ACT–O–MATIC®

slimline®

SLOAN ECOS®

GEM®

SLOAN®

NAVAL®

SloanStone®

PWT®
PROGRAMMED WATER TECHNOLOGIES

SMOOTH®

# Typefaces and Specifications

### Primary Typeface for Print:

**Display and Text:** Century Gothic, Regular

**Headers within Text / Emphasis:** Century Gothic, **Bold**

**Titling, Data, Quiet Emphasis:** Century Gothic, *Italic*

### Primary Typeface for Website:

Gotham Narrow

### Secondary Typefaces for Technical Illustrations:

**Headers:** Century Gothic, **Bold**
**Numerical Specifications:** Century Gothic, Regular




# Text Elements Usage

### Website:

**Website should not include the "www." :** sloan.com

### Phone Numbers:

**Phone numbers should always be formatted as:** 800.XXX.XXXX

### Bullets:

**Bulleted text can be used in two ways—**

**When running multiple bulleted words in rows use the "|" to separate them, for example:**

Knowledgeable | Experienced | Clear |

**When running bulleted words in columns use the "•" before each word or phrase, for example:**

• Knowledgeable
• Experienced
• Clear

## **Graphic Elements** Color Palette

| Primary Colors | | Secondary Accents | | Neutrals + Tones | | | |
|---|---|---|---|---|---|---|---|
| White | Sloan Blue | Sloan Green | Mid Blue | Cool Gray | Light Gray | Mid Blue Tint | Sloan Green Tint |
| | PANTONE 293 C | PANTONE 375 C | | | | 30% Screen* of | 30% Screen* of |
| | CMYK 100/56/0/0 | CMYK 56/0/89/0 | CMYK 32/9/0/0 | CMYK 20/14/12/40 or 60% Black | CMYK 5/1/1/9 | CMYK 32/9/0/0 | CMYK 56/0/89/0 |
| | RGB 0/112/255 | RGB 112/255/28 | RGB 173/232/255 | RGB 122/132/135 | RGB 220/230/230 | RGB 173/232/255 | RGB 112/255/28 |
| | HEX 0070FF | HEX 70FF1C | HEX ADE8FF | HEX 7A8487 | HEX DCE6E6 | HEX ADE8FF | HEX 70FF1C |

* Sample opacity—recommended range 20-50%

Case: 1:25-cv-06289 Document #: 1-1 Filed: 06/05/25 Page 21 of 62 PageID #:54



## **Graphic Elements** Overview




Generous Use of White Space




Product Combinations





Contextual Photography




Product in Environment





Product Dioramas




Family + Technical Illustrations

## **Graphic Elements** Illustration

### Technical Illustration




### Product Family Line Art



### Iconography




**Technical, but clear.**
Technical illustrations use consistent line weights and simple forms. Clear views (front, side, top) are used to make all dimensions of a product understandable. Measurements are thoughtfully aligned. Line work should be straight with right angles whenever possible and use a subtle color that makes them secondary to other information.

**Simple forms to show a family.**
Product families are presented in a cohesive set of line drawings that communicate basic form and options at-a-glance. CAD drawings created for manufacturing can be simplified, keeping the most essential lines that characterize a product. Only two weights of line are used - one for primary outline; and a second, thinner weight for subtle, but essential details.

**Quick read.**
Icons and illustrations can be used to quickly communicate concepts, or as a visual 'shorthand' for repeating information or specifications. Line work and forms should be simple and strong, leveraging our color and typographic palette for continuity across branded materials. Transparency can be used in moderation for depth and interest.



# EXHIBIT D1

amazon Delivering to Parma 44134 Update location | All | sloan | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart
All | Holiday Deals | Medical Care | Best Sellers | Prime | Amazon Basics | Today's Deals | New Releases | Music | Groceries | Customer Service | Amazon Home | Pharmacy | Registry | Gift Cards | Books | Black Friday Football: LV vs KC 11/29
MOEN | Products For Exceptional Experiences With Water | Moen 84346BL Karis One-Handle Lavatory Faucet, Black Matte | $129.00 prime | Shop now
Sponsored

‹ Back to results



Roll over image to zoom in

5 VIDEOS

# Sloan Optima EAF-150 Sensor Activated Touch-Free Faucet, Commercial Grade with Mounting Hardware - 1.5 GPM Battery-Powered Deck-Mounted Mid Body, Polished Chrome Finish, 3335001

Visit the Sloan Store
4.1 ★★★★☆ 11 ratings

$646.00

Get $60 off instantly: Pay $586.00 upon approval for Amazon Visa. No annual fee.

Size: **1.5 GPM**
Style: **Integrated Side Mixer**

| | |
|---|---|
| **Brand** | Sloan |
| **Recommended Uses For Product** | Bathroom |
| **Mounting Type** | Deck Mount |
| **Finish Type** | Polished |
| **Material** | Brass |
| **Color** | Polished Chrome |
| **Included Components** | Installation Hardware |
| **Hole Count** | 1 |
| **Handle Type** | Sensor |

$646.00
FREE delivery **November 14 - 18**. Details
Delivering to Parma 44134 - Update location
**Only 1 left in stock - order soon.**
Add to Cart
Buy Now

| | |
|---|---|
| Ships from | Consolidated Global Dynamics |
| Sold by | Consolidated Global Dynamics |
| Returns | Returnable until Jan 31, 2025 |
| Payment | Secure transaction |

**Add a Protection Plan:**
Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

## Product Description

**EAF-150**
**Sloan Optima Faucets**
Intelligent electronics and touch-free applications. Available in different variations that offer high-design and unmatched durability.
Ideal for commercial applications that require reliable sensor activation and efficient water savings.

## Sloan EAF-150 Optima Faucet

The most innovative water management system on the market has fewer parts and more standardized components, helping to reduce installation and maintenance by 50% or more.

At first glance, you'll see that new technology means fewer cords and fewer hoses. Built to withstand rigorous daily use, this faucet is constructed with commercial-grade materials. Its robust design ensures durability and longevity, making it suitable for high-traffic areas such as public restrooms and commercial facilities.

## Features & Benefits

- Double Infrared Sensors with Automatic Setup and Indicator Light
- Magnetic Solenoid Valve
- Water Supply Connection with Flexible High-pressure Hose and Strainer
- 6 Volt Lithium 2CR5 Commercial Battery
- Appropriate Mounting Hardware included

## Details & Options

| | |
|---|---|
| **Power Type** | Battery-Powered |
| **Body Type** | Mid Body |
| **Mounting** | Deck-Mounted |
| **Power Supply** | Battery |
| **Sensor Type** | Infrared |
| **Flow Rate** | 1.5 GPM, 0.5 GPM |
| **Spray Type** | Aerated (AER), Multi-Laminar (MLM) |
| **Finish** | Polished Chrome |
| **Control Access** | Above Deck |
| **Mixer Options** | Integrated Side Mixer, Mixer Not Included |
| **Optional Special Features** | IQ Click, 12s Timeout |
| **Compliances & Certifications** | ADA Compliant, ASME A112.18.2 Compliant, CEC Compliant, EPD, HPD, IAMPO, Proposition 65, TAS, UPC Certified, UPC Low Lead Compliant |

## Sloan Faucets

| | Optima EAF-150 | Optima EBF-85 | EBF-615 | Optima EAF-350 | Optima EAF-275 |
|---|---|---|---|---|---|
| | Buying Options | Buying Options | Buying Options | Buying Options | Buying Options |
| **Customer Reviews** | ★★★★☆ 11 | ★★★★★ 1 | — | ★★★★★ 1 | ★★★★☆ 12 |
| **Flow Rate (GPM)** | 1.5, 0.5 GPM | 0.5GPM | 0.5GPM | 0.5GPM | 0.5, 0.35, 1.0 GPM |
| **Power Supply** | Battery | Battery | Battery | Battery | Solar + Battery |
| **Body Type** | Mid-height | Mid-height | Low-height | Mid-height | Mid-height |
| **Sensor Type** | Infrared | Infrared | Infrared | Infrared | Infrared |
| **Finish** | Polished Chrome | Polished Chrome | Polished Chrome | Polished Chrome | Polished Chrome |
| **Controls** | Above-deck | Below-deck | Below-deck | Above-deck | Above-deck |
| **Mounting Type** | Single hole | Single hole | Single hole | Single hole | Single hole |
| **Bluetooth-enabled** | Adapter Optional | Bluetooth-enabled | Bluetooth-enabled | Adapter Optional | Adapter Optional |

## From the brand

## Videos

## Product information

## Looking for specific info?

## Compare with similar items

## Products related to this item

## Similar brands on Amazon

## Customer reviews

## Based on your recent shopping trends

## See personalized recommendations

Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money
Registry & Gift List
Help
amazon | English | United States
Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management
Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands
Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust
Conditions of Use | Privacy Notice | Consumer Health Data Privacy Disclosure | Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

# EXHIBIT D2

Page 1
Amazon.com : sloan
https://www.amazon.com/s?k=sloan&me=AFWOXCG8M03QA&ref=nb_sb_noss

amazon Delivering to North Canton 44720 Update location | ZRM Industries | sloan | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

All | Medical Care | Best Sellers | Amazon Basics | Prime | Today's Deals | New Releases | Music | Customer Service | Groceries | Amazon Home | Books | Registry | Pharmacy | Gift Cards | Fashion | Smart Home | Toys & Games | Sell | Find a Gift | Luxury Stores | Beauty & Personal Care | Automotive

9 results for "sloan"

Sort by: Featured

**Department**
Movies & TV
Prime Movies
Movies & Films
Toilet Flush Valves
Kitchen & Bath Fixtures
CDs & Vinyl
Alternative Rock
Rock
Pop
Indie Rock



Charmingwater
Charmingwater Hands-Free Touchless Bathroo...
4.3 1,066
$119.99 prime
Shop now
Sponsored


SLOAN. Sloan OEM quality parts trusted by professionals
Shop Sloan ›




Sloan Regal A-38-A Water Closet Diaphragm Assembly Kit 3.5 GPF - Natural Rubber Diaphr...
667
prime


Sloan G2 EBV-129-A-U Urinal Electronic Control Module 0.5 GPF, 1.0 GPF - Compatible with Sl...
161
prime


Sloan A-1102-A Royal Water Closet Diaphragm Rebuild Performance Kit, 3.5 GPF - For Use wi...
88
prime

Sponsored

## Results


Sloan Optima EBF-650 Sensor Activated Touch-Free Faucet, Commercial Grade with Quick Connect Fittings - 0.5GPM Battery-Powered & Bluetooth Enabled Deck-Mounted Low Integrated Base Body, 3315025BT
1
$673.82
prime
FREE delivery **Wed, Aug 14**
Only 1 left in stock - order soon.


Sloan Optima EBF-85 Sensor Activated Touch-Free Faucet, Commercial Grade with Quick Connect Fittings - 0.5GPM Deck-Mounted Mid Body, Polished Chrome Finish, 3315010BT
1


Sloan Optima EAF-275 Sensor Activated Solar Touch-Free, Commercial Grade with Mounting Hardware - 0.5GPM Solar Powered, Deck-Mounted Mid Body, Polished Chrome Finish, 3335017
12
$702.16 List: ~~$1,059.05~~
prime
FREE delivery **Thu, Aug 15**
Only 1 left in stock - order soon.





Sponsored
Sloan Royal 111 ESS Exposed Sensor Hardwired Water Closet Flushometer, 1.28 GPF Flush Valve - Self-Adaptive Infrared Sensor w/Courtesy Flush Override Button, Single Flush, Fixture Top Spud,...
3
Currently unavailable.

## More results


Sloan ESD-2000 Deck-Mounted Foam Soap Dispenser - Infrared Sensor Activated, Polished Chrome Finish, Battery Powered, Modular One-Piece Construction, 3346089
3
$460.00
$21.16 delivery **Aug 16 - 21**
Or fastest delivery **Tue, Aug 13**
Only 2 left in stock - order soon.


Sloan Optima EAF-250 Sensor Activated Touch-Free Faucet, Commercial Grade with Mounting Hardware - 0.5 GPM Battery-Powered Deck-Mounted Mid Body, Polished Chrome Finish, 3335060
9
$606.06
prime
FREE delivery **Thu, Aug 15**
Only 1 left in stock - order soon.


Sloan ESD-500 Deck-Mounted Foam Drip-Free Soap Dispenser - Infrared Sensor Activated, Polished Chrome Finish, Battery-Powered, Modular One-Piece Construction, 3346087
1
$475.00 Typical: ~~$564.82~~
$21.24 delivery **Aug 16 - 21**
Or fastest delivery **Tue, Aug 13**
Only 7 left in stock - order soon.


Sloan Optima EAF-200 Sensor Activated Touch-Free Faucet, Commercial Grade w/Mounting Hardware & Integrated Side Mixer - 0.5 GPM Bluetooth Hardwired Deck-Mounted Mid Body, Polished Chrome, 3335051
1
$712.76
prime
FREE delivery **Wed, Aug 14**
Only 1 left in stock - order soon.


EBF550-BAT-CP-1.5-GPM-SHR-FCT
$1,231.90
prime
FREE delivery **Wed, Aug 14**
Or fastest delivery **Sun, Aug 11**
Only 1 left in stock - order soon.


Sloan ESD-2100 Deck-Mounted Foam Soap Dispenser - Infrared Sensor Activated, Polished Chrome Finish, Battery Powered, Modular One-Piece Construction, 3346098
$425.00
$20.96 delivery **Aug 16 - 21**
Or fastest delivery **Tue, Aug 13**
Only 1 left in stock - order soon.




Sponsored
Sloan Royal 186 Exposed Manual Urinal Flushometer, 1.0 GPF Manual Flush Valve - Single Flush Non-Hold-Open Handle, Fixture Connection Top Spud, Polished Chrome Finish, 3012636
80
50+ bought in past month
Currently unavailable.



Charmingwater
Charmingwater Hands-Free Touchless Bathroo...
4.3 1,066
$119.99 prime
Shop now
Sponsored


Brands related to your search
Sponsored


SLOAN.
Quality plumbing products for commercial restrooms
Shop Sloan ›


ZURN
Zurn Manual Flush Valves
Shop Zurn ›


Charmingwater
All the warmth is in Charmingwater faucet
Shop Charmingwater ›

### Need help?

Visit the help section or contact us



MAYFAIR 1887SLOW 000 Affinity Slow Close Removable Toile...
2,677
$23.49 prime
Add to cart
Sponsored


Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help

amazon | English | United States

Amazon Music Stream | Amazon Ads Reach customers | 6pm Score deals | AbeBooks Books, art | ACX Audiobook | Sell on Amazon | Amazon Business Everything For



Battery Powered, Modular One-Piece Construction, 3346098
$425.00
$20.96 delivery **Aug 16 - 21**
Or fastest delivery **Tue, Aug 13**
Only 1 left in stock - order soon.

Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help

amazon | English | United States


| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business |
| Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data | Goodreads Book reviews & recommendations |
| IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Resale Great Deals on Quality Used Products |
| Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts |
| | | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | |

Conditions of Use | Privacy Notice | Consumer Health Data Privacy Disclosure | Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

# EXHIBIT E1

KJK KOHRMAN JACKSON KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

**VIA FEDEX**

**August 30, 2024**

ZRM Industries
Attn: Donald Crawford
2255 Memorial Blvd. #11413
Murfreesboro, TN 37129

**RE:** ***Notice of Infringement of Intellectual Property Rights***
**SLOAN® U.S. Reg Nos. 1586636 and 2495769, et al.**

**Dear ZRM Industries:**

Summary:

- **Sloan Valve Company and its affiliates ("*Sloan*") are the registered owners of, and holders of the intellectual property rights in, the SLOAN® trademark and additional marks, images, and creative content protected under United States law, related to kitchen fixtures, bath fixtures, and innovative water products;**
- **Sloan has a duty to monitor the use of its intellectual property and enforce its rights;**
- **You are using Sloan's intellectual property without Sloan's permission; and**
- **Sloan now asks that you immediately cease and desist from using its intellectual property.**

We are legal counsel to Sloan, a recognized leader in manufacturing commercial plumbing systems such as Sloan® faucets, water fixtures, sink systems, and smart products. We are writing to alert you ("***ZRM Industries***" or "***you***") to Sloan's intellectual property and demand that you immediately cease your unauthorized use of Sloan's intellectual property, including but not limited to, Sloan's trademarks and copyrighted images, as further described below, in connection with your unauthorized sales of Sloan's products. Failure to comply with such demand will result in additional legal action. If you are represented by counsel, you should immediately forward this letter to that representative.

Background:

Sloan is the owner of all rights in and to the Sloan® trademarks, including but not limited to, registered trademarks bearing U.S. Reg. Nos. 1586636, 0576222, 0584323, 0620217, and 2495769 and other registered, common law, and state law trademarks (the "***Marks***") and creative marketing content, including custom packaging, descriptions, videos, and photographic images, protected under federal, state, and international copyright law (the "***Copyrighted Content***" and with the Marks, the "***Intellectual Property***"). Sloan uses the

KJK®
KOHRMAN JACKSON KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

Intellectual Property in connection with the manufacture, promotion, and sale of its products.

## Your Unauthorized Use:

Sloan has recently learned that you offered for sale Sloan products on Amazon and possibly other websites and ecommerce marketplaces. Evidence of your unauthorized sales is set forth below:




You sell the Sloan products through the ZRM Industries storefront on the Amazon Marketplace. We identified your ownership or affiliation with the brand and storefront selling the Sloan products.

Your sale of the products is without Sloan's authorization or consent, and in violation of Sloan's rights in and to the Intellectual Property. Further, Sloan restricts the sale of its products on third-party ecommerce platforms such as eBay, Amazon, Walmart, and similar ecommerce marketplaces, as well as standalone websites.

Your use of the Intellectual Property in connection with the sale of Sloan's products is likely to cause—and likely has already caused—confusion and deception among the consuming public as to the source or origin of the products. This is a violation of Sloan's rights in its valuable Intellectual Property and an attempt by you to improperly tread upon and/or reap the benefits of Sloan's hard-earned reputation and goodwill. Such uses also are likely to dilute the distinctive quality of the Marks.

Based upon your unauthorized listing, you are likely subject to false advertising and unfair competition laws. Particularly, your listing deliberately misleads the consumer because it

KJK KOHRMAN JACKSON KRANTZ

JON W. GROZA | Partner

Direct: 216.736.7255 | Mobile: 440.785.3371 | JWG@kjk.com

falsely promotes an affiliation with Sloan when no affiliation exists and falsely states or implies that Sloan provides a warranty for the product and otherwise confuses consumers. Deceptive advertising—in any medium—is prohibited by the Lanham Act at 15 U.S.C. § 1125 as well as various state laws, including Ohio's Deceptive Trade Practices Act. Your statements in connection with the sale of Sloan's products are more than mere puffery and materially influence a consumer's purchasing decision as to the condition, genuineness, and affiliation with Sloan. As a result, you likely have and will continue to injure Sloan through your unauthorized sales.

Your activities constitute, among other things, trademark infringement, copyright infringement, unfair competition, false advertising, a false description and designation of origin, and passing off—all of which may subject you to severe monetary damages in addition to injunctive relief. *See* 15 U.S.C. §§ 1116 and 1117; and 17 U.S.C. § 501. If you elect to continue such infringing activities after receiving this letter, your infringement would be clearly willful.

Additionally, Sloan uses a network of authorized resellers that sell Sloan's products pursuant to an authorized reseller agreement. Sloan's authorized resellers are prohibited from selling Sloan's products to resellers who make the products available on third-party ecommerce platforms. Because you may have purchased Sloan products from Sloan's authorized resellers, your conduct may amount to tortious interference with Sloan's relationships with its authorized resellers.

## Cease Use of Sloan's Intellectual Property:

Sloan will not tolerate such violations of its intellectual, proprietary, and contractual rights. If you wish to resolve this matter amicably and avoid the expense of litigation, we hereby demand that you:

1. Immediately cease selling any and all Sloan products and confirm in writing that you have ceased such conduct;
2. Identify the source of any and all Sloan products sold, or offered for sale, by you;
3. Permanently cease use of the Marks or any other confusingly similar variants or phonetic equivalents;
4. Permanently cease and desist any act which is likely to infringe upon the Marks or Copyrighted Content;
5. Immediately and permanently refrain from all further exhibition, display, transmission, distribution, or dissemination of works using the Copyrighted Content;
6. Provide a full accounting of all revenue derived from the use of the Marks, the Copyrighted Content, and the sale of the Sloan products (sales volume, customer name, amount of each such sale, and sale date);

KJK KOHRMAN | JACKSON | KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

7. Provide any purchase orders/invoices for Sloan products from your source of supply and provide a current and accurate accounting of inventory levels of all Sloan products in your possession; and
8. Provide written assurances that you will continue to abide by these obligations in a form and in substance acceptable to us.

Unless we receive a prompt and satisfactory response to this letter by **September 13, 2024**, we will assume that you intend to continue your infringing activities and the willful and blatant disregard of Sloan's rights, and we shall immediately advise Sloan to pursue all necessary actions to enforce its rights.

**THIS LETTER DOES NOT PURPORT TO BE A COMPLETE STATEMENT OF THE LAW, THE FACTS, OUR CLIENT'S RIGHTS OR POTENTIAL CLAIMS, AND THIS LETTER IS WITHOUT PREJUDICE TO OUR CLIENT'S LEGAL AND EQUITABLE RIGHTS, ALL OF WHICH ARE EXPRESSLY RESERVED.**

**Sincerely**,

**JON W. GROZA**

**Partner | KJK**

cc: Robert E. Zulandt III, Esq.
Kyle D. Stroup, Esq.
Antonio F. Dempsey, Esq.

# EXHIBIT E2

KJK KOHRMAN JACKSON KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

**VIA FEDEX**

**October 8, 2024**

ZRM Industries
2503 Mission Ridge Dr.
Murfreesboro, TN 37130-1450

Donald Crawford d/b/a ZRM Industries
721 N Maple St.
Murfreesboro, TN 37130-2837

**RE:** ***Notice of Infringement of Intellectual Property Rights***
**SLOAN® U.S. Reg Nos. 1586636 and 2495769, et al.**

**Dear ZRM Industries:**

Summary:

- **Sloan Valve Company and its affiliates ("*Sloan*") are the registered owners of, and holders of the intellectual property rights in, the SLOAN® trademark and additional marks, images, and creative content protected under United States law, related to kitchen fixtures, bath fixtures, and innovative water products;**
- **Sloan has a duty to monitor the use of its intellectual property and enforce its rights;**
- **You are using Sloan's intellectual property without Sloan's permission; and**
- **Sloan now asks that you immediately cease and desist from using its intellectual property.**

We are legal counsel to Sloan, a recognized leader in manufacturing commercial plumbing systems such as Sloan® faucets, water fixtures, sink systems, and smart products. We are writing to alert you ("***ZRM Industries***" or "***you***") to Sloan's intellectual property and demand that you immediately cease your unauthorized use of Sloan's intellectual property, including but not limited to, Sloan's trademarks and copyrighted images, as further described below, in connection with your unauthorized sales of Sloan's products. We previously attempted to notify you of your infringing activity and unauthorized sales, and we are again requesting that you immediately cease and desist. Failure to comply with such demand will result in additional legal action. If you are represented by counsel, you should immediately forward this letter to that representative.

KJK
KOHRMAN JACKSON KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

## Background:

Sloan is the owner of all rights in and to the Sloan® trademarks, including but not limited to, registered trademarks bearing U.S. Reg. Nos. 1586636, 0576222, 0584323, 0620217, and 2495769 and other registered, common law, and state law trademarks (the "***Marks***") and creative marketing content, including custom packaging, descriptions, videos, and photographic images, protected under federal, state, and international copyright law (the "***Copyrighted Content***" and with the Marks, the "***Intellectual Property***"). Sloan uses the Intellectual Property in connection with the manufacture, promotion, and sale of its products.

## Your Unauthorized Use:

Sloan has recently learned that you offered for sale Sloan products on Amazon and possibly other websites and ecommerce marketplaces. Evidence of your unauthorized sales is set forth below:




You sell the Sloan products through the ZRM Industries storefront on the Amazon Marketplace. We identified your ownership or affiliation with the brand and storefront selling the Sloan products.

Your sale of the products is without Sloan's authorization or consent, and in violation of Sloan's rights in and to the Intellectual Property. Further, Sloan restricts the sale of its products on third-party ecommerce platforms such as eBay, Amazon, Walmart, and similar ecommerce marketplaces, as well as standalone websites.

KJK KOHRMAN JACKSON KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

Your use of the Intellectual Property in connection with the sale of Sloan's products is likely to cause—and likely has already caused—confusion and deception among the consuming public as to the source or origin of the products. This is a violation of Sloan's rights in its valuable Intellectual Property and an attempt by you to improperly tread upon and/or reap the benefits of Sloan's hard-earned reputation and goodwill. Such uses also are likely to dilute the distinctive quality of the Marks.

Based upon your unauthorized listing, you are likely subject to false advertising and unfair competition laws. Particularly, your listing deliberately misleads the consumer because it falsely promotes an affiliation with Sloan when no affiliation exists and falsely states or implies that Sloan provides a warranty for the product and otherwise confuses consumers. Deceptive advertising—in any medium—is prohibited by the Lanham Act at 15 U.S.C. § 1125 as well as various state laws, including Ohio's Deceptive Trade Practices Act. Your statements in connection with the sale of Sloan's products are more than mere puffery and materially influence a consumer's purchasing decision as to the condition, genuineness, and affiliation with Sloan. As a result, you likely have and will continue to injure Sloan through your unauthorized sales.

Your activities constitute, among other things, trademark infringement, copyright infringement, unfair competition, false advertising, a false description and designation of origin, and passing off—all of which may subject you to severe monetary damages in addition to injunctive relief. *See* 15 U.S.C. §§ 1116 and 1117; and 17 U.S.C. § 501. If you elect to continue such infringing activities after receiving this letter, your infringement would be clearly willful.

Additionally, Sloan uses a network of authorized resellers that sell Sloan's products pursuant to an authorized reseller agreement. Sloan's authorized resellers are prohibited from selling Sloan's products to resellers who make the products available on third-party ecommerce platforms. Because you may have purchased Sloan products from Sloan's authorized resellers, your conduct may amount to tortious interference with Sloan's relationships with its authorized resellers.

## Cease Use of Sloan's Intellectual Property:

Sloan will not tolerate such violations of its intellectual, proprietary, and contractual rights. If you wish to resolve this matter amicably and avoid the expense of litigation, we hereby demand that you:

1. Immediately cease selling any and all Sloan products and confirm in writing that you have ceased such conduct;
2. Identify the source of any and all Sloan products sold, or offered for sale, by you;
3. Permanently cease use of the Marks or any other confusingly similar variants or phonetic equivalents;

KJK KOHRMAN JACKSON KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

4. Permanently cease and desist any act which is likely to infringe upon the Marks or Copyrighted Content;
5. Immediately and permanently refrain from all further exhibition, display, transmission, distribution, or dissemination of works using the Copyrighted Content;
6. Provide a full accounting of all revenue derived from the use of the Marks, the Copyrighted Content, and the sale of the Sloan products (sales volume, customer name, amount of each such sale, and sale date);
7. Provide any purchase orders/invoices for Sloan products from your source of supply and provide a current and accurate accounting of inventory levels of all Sloan products in your possession; and
8. Provide written assurances that you will continue to abide by these obligations in a form and in substance acceptable to us.

Unless we receive a prompt and satisfactory response to this letter by **October 22, 2024**, we will assume that you intend to continue your infringing activities and the willful and blatant disregard of Sloan's rights, and we shall immediately advise Sloan to pursue all necessary actions to enforce its rights.

**THIS LETTER DOES NOT PURPORT TO BE A COMPLETE STATEMENT OF THE LAW, THE FACTS, OUR CLIENT'S RIGHTS OR POTENTIAL CLAIMS, AND THIS LETTER IS WITHOUT PREJUDICE TO OUR CLIENT'S LEGAL AND EQUITABLE RIGHTS, ALL OF WHICH ARE EXPRESSLY RESERVED.**

**Sincerely**,

**JON W. GROZA**

**Partner | KJK**

cc: Robert E. Zulandt III, Esq.
Kyle D. Stroup, Esq.
Antonio F. Dempsey, Esq.

# EXHIBIT E3

KJK®
KOHRMAN | JACKSON | KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

# NOTICE OF FINAL DEMAND TO CEASE AND DESIST

**VIA FEDEX**

**May 14, 2025**

ZRM Industries
2503 Mission Ridge Dr.
Murfreesboro, TN 37130-1450

Donald Crawford d/b/a ZRM Industries
721 N Maple St.
Murfreesboro, TN 37130-2837

**RE:** ***Notice of Infringement of Intellectual Property Rights***
**SLOAN® U.S. Reg Nos. 1586636 and 2495769, et al.**

**Dear ZRM Industries:**

Summary:

- **Sloan Valve Company and its affiliates ("*Sloan*") are the registered owners of, and holders of the intellectual property rights in, the SLOAN® trademark and additional marks, images, and creative content protected under United States law, related to kitchen fixtures, bath fixtures, and innovative water products;**
- **Sloan has a duty to monitor the use of its intellectual property and enforce its rights;**
- **You are using Sloan's intellectual property without Sloan's permission; and**
- **Sloan now asks that you immediately cease and desist from using its intellectual property.**

We are legal counsel to Sloan, a recognized leader in manufacturing commercial plumbing systems such as Sloan® faucets, water fixtures, sink systems, and smart products. We are writing to alert you ("***ZRM Industries***" or "***you***") to Sloan's intellectual property and demand that you immediately cease your unauthorized use of Sloan's intellectual property, including but not limited to, Sloan's trademarks and copyrighted images, as further described below, in connection with your unauthorized sales of Sloan's products. Failure to comply with such demand will result in additional legal action. If you are represented by counsel, you should immediately forward this letter to that representative.

On September 13, 2024, we notified you of Sloan's intellectual property and informed you that your unauthorized sale of Sloan's products constituted infringement of Sloan's rights (the "***Initial Demand Letter***"). The Initial Demand Letter requested that you cease selling

KJK®
KOHRMAN | JACKSON | KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

Sloan's products by September 27, 2024. You received this letter on September 18, 2024. On October 8, 2024, we sent you a second letter requesting you cease such activity by October 22, 2024 (the "***Second Demand Letter***").You received this letter on October 9, 2024.

Despite the Initial Demand and Second Demand Letter, you have continued selling Sloan's products and using Sloan's intellectual property without Sloan's consent. As a result, your infringement clearly is willful, which subjects you to enhanced monetary damages. Evidence of your continued sales is set forth below.




Sloan has an obligation to enforce its rights and to protect its resellers and customers. As such, Sloan cannot permit unauthorized sales to continue and will take all necessary steps to eliminate it.

Based upon your unauthorized listing, you are likely subject to false advertising and unfair competition laws. Particularly, your listing deliberately misleads the consumer because it falsely promotes an affiliation with Sloan when no affiliation exists and falsely states or implies that Sloan provides a warranty for the product and otherwise confuses consumers. Deceptive advertising—in any medium—is prohibited by the Lanham Act at 15 U.S.C. § 1125 as well as various state laws, including Ohio's Deceptive Trade Practices Act. Your statements in connection with the sale of Sloan's products are more than mere puffery and materially influence a consumer's purchasing decision as to the condition, genuineness, and affiliation with Sloan. As a result, you likely have and will continue to injure Sloan through your unauthorized sales.

Your activities constitute, among other things, unfair competition, false advertising, false description and designation of origin, and passing off —all of which may subject you to severe monetary damages in addition to injunctive relief. *See* 15 U.S.C. §§ 1116 and 1117; and 17 U.S.C. § 501. Furthermore, your continued sales of Sloan's products after receipt

KJK
KOHRMAN | JACKSON | KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

of the Initial Demand Letter and the Second Demand Letter constitutes "willful" trademark and copyright infringement. Such willful infringement entitles Sloan to additional damages, should it pursue its claims in court. *See* 15 U.S.C. § 1117; 17 U.S.C. § 504. Additionally, as stated in prior communications, Sloan uses a network of authorized resellers that sell Sloan products pursuant to an authorized reseller agreement. Continued purchase and sale of Sloan's products after receipt of the Initial Demand Letter and Second Demand Letter amounts to tortious interference with Sloan's reseller agreements.

### Cease Use of Sloan's Intellectual Property:

Sloan will not tolerate such violations of its intellectual, proprietary, and contractual rights. If you wish to resolve this matter amicably and avoid the expense of litigation, we hereby demand that you:

1. Immediately cease selling any and all Sloan products and confirm in writing that you have ceased such conduct;
2. Identify the source of any and all Sloan products sold, or offered for sale, by you;
3. Permanently cease use of the Marks or any other confusingly similar variants or phonetic equivalents;
4. Permanently cease and desist any act which is likely to infringe upon the Marks or Copyrighted Content;
5. Immediately and permanently refrain from all further exhibition, display, transmission, distribution, or dissemination of works using the Copyrighted Content;
6. Provide a full accounting of all revenue derived from the use of the Marks, the Copyrighted Content, and the sale of the Sloan products (sales volume, customer name, amount of each such sale, and sale date);
7. Provide any purchase orders/invoices for Sloan products from your source of supply and provide a current and accurate accounting of inventory levels of all Sloan products in your possession; and
8. Provide written assurances that you will continue to abide by these obligations in a form and in substance acceptable to us.

Unless we receive a prompt and satisfactory response to this letter by **November 8, 2024**, we will assume that you intend to continue your infringing activities and the willful and blatant disregard of Sloan's rights, and we shall immediately advise Sloan to pursue all necessary actions to enforce its rights, including filing a lawsuit against You.

**THIS LETTER DOES NOT PURPORT TO BE A COMPLETE STATEMENT OF THE LAW, THE FACTS, OUR CLIENT'S RIGHTS OR POTENTIAL CLAIMS, AND THIS LETTER IS WITHOUT PREJUDICE TO OUR CLIENT'S LEGAL AND EQUITABLE RIGHTS, ALL OF WHICH ARE EXPRESSLY RESERVED.**

KJK®
KOHRMAN | JACKSON | KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

**Sincerely,**

**JON W. GROZA**
**Partner | KJK**

cc: Robert E. Zulandt III, Esq.
Kyle D. Stroup, Esq.
Antonio F. Dempsey, Esq.

# EXHIBIT F1

KJK®
KOHRMAN | JACKSON | KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

**VIA FedEx**

**November 27, 2024**

Donald Crawford DBA Consolidated Global Dynamics
2503 Mission Ridge Dr.
Murfreesboro, TN 37130

**RE:** ***Notice of Infringement of Intellectual Property Rights***
**SLOAN® U.S. Reg Nos. 1586636 and 2495769, et al.**

**Dear Consolidated Global Dynamics:**

Summary:

- **Sloan Valve Company and its affiliates ("*Sloan*") are the registered owners of, and holders of the intellectual property rights in, the SLOAN® trademark and additional marks, images, and creative content protected under United States law, related to kitchen fixtures, bath fixtures, and innovative water products;**
- **Sloan has a duty to monitor the use of its intellectual property and enforce its rights;**
- **You are using Sloan's intellectual property without Sloan's permission; and**
- **Sloan now asks that you immediately cease and desist from using its intellectual property.**

We are legal counsel to Sloan, a recognized leader in manufacturing commercial plumbing systems such as Sloan® faucets, water fixtures, sink systems, and smart products. We are writing to alert you ("***Consolidated Global Dynamics***" or "***you***") to Sloan's intellectual property and demand that you immediately cease your unauthorized use of Sloan's intellectual property, including but not limited to, Sloan's trademarks and copyrighted images, as further described below, in connection with your unauthorized sales of Sloan's products. Failure to comply with such demand will result in additional legal action. If you are represented by counsel, you should immediately forward this letter to that representative.

Background:

Sloan is the owner of all rights in and to the Sloan® trademarks, including but not limited to, registered trademarks bearing U.S. Reg. Nos. 1586636, 0576222, 0584323, 0620217, and 2495769 and other registered, common law, and state law trademarks (the "***Marks***") and creative marketing content, including custom packaging, descriptions, videos, and photographic images, protected under federal, state, and international copyright law (the "***Copyrighted Content***" and with the Marks, the "***Intellectual Property***"). Sloan uses the

KJK®
KOHRMAN | JACKSON | KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

Intellectual Property in connection with the manufacture, promotion, and sale of its products.

## Your Unauthorized Use:

Sloan has recently learned that you offered for sale Sloan products on Amazon and possibly other websites and ecommerce marketplaces. Evidence of your unauthorized sales is set forth below:




You sell the Sloan products through the Consolidated Global Dynamics storefront on the Amazon Marketplace. We identified your ownership or affiliation with the brand and storefront selling the Sloan products.

Your sale of the products is without Sloan's authorization or consent, and in violation of Sloan's rights in and to the Intellectual Property. Further, Sloan restricts the sale of its products on third-party ecommerce platforms such as eBay, Amazon, Walmart, and similar ecommerce marketplaces, as well as standalone websites.

Your use of the Intellectual Property in connection with the sale of Sloan's products is likely to cause—and likely has already caused—confusion and deception among the consuming public as to the source or origin of the products. This is a violation of Sloan's rights in its valuable Intellectual Property and an attempt by you to improperly tread upon and/or reap the benefits of Sloan's hard-earned reputation and goodwill. Such uses also are likely to dilute the distinctive quality of the Marks.

KJK KOHRMAN JACKSON KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

Based upon your unauthorized listing, you are likely subject to false advertising and unfair competition laws. Particularly, your listing deliberately misleads the consumer because it falsely promotes an affiliation with Sloan when no affiliation exists and falsely states or implies that Sloan provides a warranty for the product and otherwise confuses consumers. Deceptive advertising—in any medium—is prohibited by the Lanham Act at 15 U.S.C. § 1125 as well as various state laws, including Ohio's Deceptive Trade Practices Act. Your statements in connection with the sale of Sloan's products are more than mere puffery and materially influence a consumer's purchasing decision as to the condition, genuineness, and affiliation with Sloan. As a result, you likely have and will continue to injure Sloan through your unauthorized sales.

Your activities constitute, among other things, trademark infringement, copyright infringement, unfair competition, false advertising, a false description and designation of origin, and passing off—all of which may subject you to severe monetary damages in addition to injunctive relief. *See* 15 U.S.C. §§ 1116 and 1117; and 17 U.S.C. § 501. If you elect to continue such infringing activities after receiving this letter, your infringement would be clearly willful.

Additionally, Sloan uses a network of authorized resellers that sell Sloan's products pursuant to an authorized reseller agreement. Sloan's authorized resellers are prohibited from selling Sloan's products to resellers who make the products available on third-party ecommerce platforms. Because you may have purchased Sloan products from Sloan's authorized resellers, your conduct may amount to tortious interference with Sloan's relationships with its authorized resellers.

## Cease Use of Sloan's Intellectual Property:

Sloan will not tolerate such violations of its intellectual, proprietary, and contractual rights. If you wish to resolve this matter amicably and avoid the expense of litigation, we hereby demand that you:

1. Immediately cease selling any and all Sloan products and confirm in writing that you have ceased such conduct;
2. Identify the source of any and all Sloan products sold, or offered for sale, by you;
3. Permanently cease use of the Marks or any other confusingly similar variants or phonetic equivalents;
4. Permanently cease and desist any act which is likely to infringe upon the Marks or Copyrighted Content;
5. Immediately and permanently refrain from all further exhibition, display, transmission, distribution, or dissemination of works using the Copyrighted Content;

KJK® KOHRMAN | JACKSON | KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

6. Provide a full accounting of all revenue derived from the use of the Marks, the Copyrighted Content, and the sale of the Sloan products (sales volume, customer name, amount of each such sale, and sale date);
7. Provide any purchase orders/invoices for Sloan products from your source of supply and provide a current and accurate accounting of inventory levels of all Sloan products in your possession; and
8. Provide written assurances that you will continue to abide by these obligations in a form and in substance acceptable to us.

Unless we receive a prompt and satisfactory response to this letter by **December 6, 2024**, we will assume that you intend to continue your infringing activities and the willful and blatant disregard of Sloan's rights, and we shall immediately advise Sloan to pursue all necessary actions to enforce its rights.

**THIS LETTER DOES NOT PURPORT TO BE A COMPLETE STATEMENT OF THE LAW, THE FACTS, OUR CLIENT'S RIGHTS OR POTENTIAL CLAIMS, AND THIS LETTER IS WITHOUT PREJUDICE TO OUR CLIENT'S LEGAL AND EQUITABLE RIGHTS, ALL OF WHICH ARE EXPRESSLY RESERVED.**

**Sincerely**,

**JON W. GROZA**

**Partner | KJK**

cc: Robert E. Zulandt III, Esq.
Kyle D. Stroup, Esq.
Antonio F. Dempsey, Esq.

# EXHIBIT F2

KJK®
KOHRMAN | JACKSON | KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

**VIA FedEx**

**December 11, 2024**

Donald Crawford DBA Consolidated Global Dynamics
721 N. Maple St.
Murfreesboro, TN 37130

Donald Crawford DBA Consolidated Global Dynamics
2503 Mission Ridge Dr.
Murfreesboro, TN 37130

**RE:** ***Notice of Infringement of Intellectual Property Rights***
**SLOAN® U.S. Reg Nos. 1586636 and 2495769, et al.**

**Dear Consolidated Global Dynamics:**

Summary:

- **Sloan Valve Company and its affiliates ("*Sloan*") are the registered owners of, and holders of the intellectual property rights in, the SLOAN® trademark and additional marks, images, and creative content protected under United States law, related to kitchen fixtures, bath fixtures, and innovative water products;**
- **Sloan has a duty to monitor the use of its intellectual property and enforce its rights;**
- **You are using Sloan's intellectual property without Sloan's permission; and**
- **Sloan now asks that you immediately cease and desist from using its intellectual property.**

We are legal counsel to Sloan, a recognized leader in manufacturing commercial plumbing systems such as Sloan® faucets, water fixtures, sink systems, and smart products. We are writing to alert you ("***Consolidated Global Dynamics***" or "***you***") to Sloan's intellectual property and demand that you immediately cease your unauthorized use of Sloan's intellectual property, including but not limited to, Sloan's trademarks and copyrighted images, as further described below, in connection with your unauthorized sales of Sloan's products.

We previously attempted to notify you of your infringing activity and unauthorized sales, and we are again requesting that you immediately cease and desist. Failure to comply with such demand will result in additional legal action. If you are represented by counsel, you should immediately forward this letter to that representative.

KOHRMAN | JACKSON | KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

## Background:

Sloan is the owner of all rights in and to the Sloan® trademarks, including but not limited to, registered trademarks bearing U.S. Reg. Nos. 1586636, 0576222, 0584323, 0620217, and 2495769 and other registered, common law, and state law trademarks (the "***Marks***") and creative marketing content, including custom packaging, descriptions, videos, and photographic images, protected under federal, state, and international copyright law (the "***Copyrighted Content***" and with the Marks, the "***Intellectual Property***"). Sloan uses the Intellectual Property in connection with the manufacture, promotion, and sale of its products.

## Your Unauthorized Use:

Sloan has recently learned that you offered for sale Sloan products on Amazon and possibly other websites and ecommerce marketplaces. Evidence of your unauthorized sales is set forth below:




You sell the Sloan products through the Consolidated Global Dynamics storefront on the Amazon Marketplace. We identified your ownership or affiliation with the brand and storefront selling the Sloan products.

Your sale of the products is without Sloan's authorization or consent, and in violation of Sloan's rights in and to the Intellectual Property. Further, Sloan restricts the sale of its

KJK KOHRMAN | JACKSON | KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

products on third-party ecommerce platforms such as eBay, Amazon, Walmart, and similar ecommerce marketplaces, as well as standalone websites.

Your use of the Intellectual Property in connection with the sale of Sloan's products is likely to cause—and likely has already caused—confusion and deception among the consuming public as to the source or origin of the products. This is a violation of Sloan's rights in its valuable Intellectual Property and an attempt by you to improperly tread upon and/or reap the benefits of Sloan's hard-earned reputation and goodwill. Such uses also are likely to dilute the distinctive quality of the Marks.

Based upon your unauthorized listing, you are likely subject to false advertising and unfair competition laws. Particularly, your listing deliberately misleads the consumer because it falsely promotes an affiliation with Sloan when no affiliation exists and falsely states or implies that Sloan provides a warranty for the product and otherwise confuses consumers. Deceptive advertising—in any medium—is prohibited by the Lanham Act at 15 U.S.C. § 1125 as well as various state laws, including Ohio's Deceptive Trade Practices Act. Your statements in connection with the sale of Sloan's products are more than mere puffery and materially influence a consumer's purchasing decision as to the condition, genuineness, and affiliation with Sloan. As a result, you likely have and will continue to injure Sloan through your unauthorized sales.

Your activities constitute, among other things, trademark infringement, copyright infringement, unfair competition, false advertising, a false description and designation of origin, and passing off—all of which may subject you to severe monetary damages in addition to injunctive relief. *See* 15 U.S.C. §§ 1116 and 1117; and 17 U.S.C. § 501. If you elect to continue such infringing activities after receiving this letter, your infringement would be clearly willful.

Additionally, Sloan uses a network of authorized resellers that sell Sloan's products pursuant to an authorized reseller agreement. Sloan's authorized resellers are prohibited from selling Sloan's products to resellers who make the products available on third-party ecommerce platforms. Because you may have purchased Sloan products from Sloan's authorized resellers, your conduct may amount to tortious interference with Sloan's relationships with its authorized resellers.

## Cease Use of Sloan's Intellectual Property:

Sloan will not tolerate such violations of its intellectual, proprietary, and contractual rights. If you wish to resolve this matter amicably and avoid the expense of litigation, we hereby demand that you:

1. Immediately cease selling any and all Sloan products and confirm in writing that you have ceased such conduct;
2. Identify the source of any and all Sloan products sold, or offered for sale, by you;

KJK®
KOHRMAN | JACKSON | KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

3. Permanently cease use of the Marks or any other confusingly similar variants or phonetic equivalents;
4. Permanently cease and desist any act which is likely to infringe upon the Marks or Copyrighted Content;
5. Immediately and permanently refrain from all further exhibition, display, transmission, distribution, or dissemination of works using the Copyrighted Content;
6. Provide a full accounting of all revenue derived from the use of the Marks, the Copyrighted Content, and the sale of the Sloan products (sales volume, customer name, amount of each such sale, and sale date);
7. Provide any purchase orders/invoices for Sloan products from your source of supply and provide a current and accurate accounting of inventory levels of all Sloan products in your possession; and
8. Provide written assurances that you will continue to abide by these obligations in a form and in substance acceptable to us.

Unless we receive a prompt and satisfactory response to this letter by **December 20, 2024**, we will assume that you intend to continue your infringing activities and the willful and blatant disregard of Sloan's rights, and we shall immediately advise Sloan to pursue all necessary actions to enforce its rights.

**THIS LETTER DOES NOT PURPORT TO BE A COMPLETE STATEMENT OF THE LAW, THE FACTS, OUR CLIENT'S RIGHTS OR POTENTIAL CLAIMS, AND THIS LETTER IS WITHOUT PREJUDICE TO OUR CLIENT'S LEGAL AND EQUITABLE RIGHTS, ALL OF WHICH ARE EXPRESSLY RESERVED.**

**Sincerely,**

**JON W. GROZA**

**Partner | KJK**

cc: Robert E. Zulandt III, Esq.
Kyle D. Stroup, Esq.
Antonio F. Dempsey, Esq.

# EXHIBIT F3

KJK KOHRMAN | JACKSON | KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

# NOTICE OF FINAL DEMAND TO CEASE AND DESIST

**VIA FEDEX**

**January 22, 2025**

Donald Crawford DBA Consolidated Global Dynamics
2503 Mission Ridge Dr.
Murfreesboro, TN 37130

**RE:** ***Notice of Infringement of Intellectual Property Rights***
**SLOAN® U.S. Reg Nos. 1586636 and 2495769, et al.**

**Dear Consolidated Global Dynamics:**

Summary:

- **Sloan Valve Company and its affiliates ("*Sloan*") are the registered owners of, and holders of the intellectual property rights in, the SLOAN® trademark and additional marks, images, and creative content protected under United States law, related to kitchen fixtures, bath fixtures, and innovative water products;**
- **Sloan has a duty to monitor the use of its intellectual property and enforce its rights;**
- **You are using Sloan's intellectual property without Sloan's permission; and**
- **Sloan now asks that you immediately cease and desist from using its intellectual property.**

We are legal counsel to Sloan, a recognized leader in manufacturing commercial plumbing systems such as Sloan® faucets, water fixtures, sink systems, and smart products. We are writing to alert you ("***Consolidated Global Dynamics***" or "***you***") to Sloan's intellectual property and demand that you immediately cease your unauthorized use of Sloan's intellectual property, including but not limited to, Sloan's trademarks and copyrighted images, as further described below, in connection with your unauthorized sales of Sloan's products. Failure to comply with such demand will result in additional legal action. If you are represented by counsel, you should immediately forward this letter to that representative.

On November 27, 2024, we notified you of Sloan's intellectual property and informed you that your unauthorized sale of Sloan's products constituted infringement of Sloan's rights (the "***Initial Demand Letter***"). The Initial Demand Letter requested that you cease selling Sloan's products by December 6, 2024. You received this letter on November 29, 2024. On December 11, 2024, we sent you a second letter requesting you cease such activity by

KJK®
KOHRMAN | JACKSON | KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

December 20, 2024 (the "***Second Demand Letter***"). You received this letter on December 12, 2024.

Despite the Initial Demand and Second Demand Letter, you have continued selling Sloan's products and using Sloan's intellectual property without Sloan's consent. As a result, your infringement clearly is willful, which subjects you to enhanced monetary damages. Evidence of your continued sales is set forth below.




Sloan has an obligation to enforce its rights and to protect its resellers and customers. As such, Sloan cannot permit unauthorized sales to continue and will take all necessary steps to eliminate it.

Based upon your unauthorized listing, you are likely subject to false advertising and unfair competition laws. Particularly, your listing deliberately misleads the consumer because it falsely promotes an affiliation with Sloan when no affiliation exists and falsely states or implies that Sloan provides a warranty for the product and otherwise confuses consumers. Deceptive advertising—in any medium—is prohibited by the Lanham Act at 15 U.S.C. § 1125 as well as various state laws, including Ohio's Deceptive Trade Practices Act. Your statements in connection with the sale of Sloan's products are more than mere puffery and materially influence a consumer's purchasing decision as to the condition, genuineness, and affiliation with Sloan. As a result, you likely have and will continue to injure Sloan through your unauthorized sales.

Your activities constitute, among other things, unfair competition, false advertising, false description and designation of origin, and passing off—all of which may subject you to severe monetary damages in addition to injunctive relief. *See* 15 U.S.C. §§ 1116 and 1117;

KJK KOHRMAN | JACKSON | KRANTZ

JON W. GROZA | Partner

Direct: 216.736.7255 | Mobile: 440.785.3371 | JWG@kjk.com

and 17 U.S.C. § 501. Furthermore, your continued sales of Sloan's products after receipt of the Initial Demand Letter and the Second Demand Letter constitutes "willful" trademark and copyright infringement. Such willful infringement entitles Sloan to additional damages, should it pursue its claims in court. *See* 15 U.S.C. § 1117; 17 U.S.C. § 504. Additionally, as stated in prior communications, Sloan uses a network of authorized resellers that sell Sloan products pursuant to an authorized reseller agreement. Continued purchase and sale of Sloan's products after receipt of the Initial Demand Letter and Second Demand Letter amounts to tortious interference with Sloan's reseller agreements.

## Cease Use of Sloan's Intellectual Property:

Sloan will not tolerate such violations of its intellectual, proprietary, and contractual rights. If you wish to resolve this matter amicably and avoid the expense of litigation, we hereby demand that you:

1. Immediately cease selling any and all Sloan products and confirm in writing that you have ceased such conduct;
2. Identify the source of any and all Sloan products sold, or offered for sale, by you;
3. Permanently cease use of the Marks or any other confusingly similar variants or phonetic equivalents;
4. Permanently cease and desist any act which is likely to infringe upon the Marks or Copyrighted Content;
5. Immediately and permanently refrain from all further exhibition, display, transmission, distribution, or dissemination of works using the Copyrighted Content;
6. Provide a full accounting of all revenue derived from the use of the Marks, the Copyrighted Content, and the sale of the Sloan products (sales volume, customer name, amount of each such sale, and sale date);
7. Provide any purchase orders/invoices for Sloan products from your source of supply and provide a current and accurate accounting of inventory levels of all Sloan products in your possession; and
8. Provide written assurances that you will continue to abide by these obligations in a form and in substance acceptable to us.

Unless we receive a prompt and satisfactory response to this letter by **January 31, 2025**, we will assume that you intend to continue your infringing activities and the willful and blatant disregard of Sloan's rights, and we shall immediately advise Sloan to pursue all necessary actions to enforce its rights, including filing a lawsuit against You.

**THIS LETTER DOES NOT PURPORT TO BE A COMPLETE STATEMENT OF THE LAW, THE FACTS, OUR CLIENT'S RIGHTS OR POTENTIAL CLAIMS, AND THIS LETTER IS WITHOUT PREJUDICE TO OUR CLIENT'S LEGAL AND EQUITABLE RIGHTS, ALL OF WHICH ARE EXPRESSLY RESERVED.**

KJK® KOHRMAN | JACKSON | KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

**Sincerely,**

**JON W. GROZA**

**Partner | KJK**

cc: Kyle D. Stroup, Esq.
Antonio F. Dempsey, Esq.

# EXHIBIT G

KJK KOHRMAN JACKSON KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

# NOTICE OF FINAL DEMAND TO CEASE AND DESIST

**VIA FEDEX**

**May 1, 2025**

Donald Crawford d/b/a ZRM Industries
2503 Mission Ridge Dr.
Murfreesboro, TN 37130

Donald Crawford d/b/a ZRM Industries
1705 Pine Crest Ct.
Mount Juliet, TN 37122-2406

Donald Crawford d/b/a ZRM Industries
3266 Memorial Blvd., Ste E #317
Murfreesboro, TN 37129

**RE:** ***Notice of Infringement of Intellectual Property Rights***
**SLOAN® U.S. Reg Nos. 1586636 and 2495769, et al.**

**Dear Mr. Crawford:**

Summary:

- **Sloan Valve Company and its affiliates ("*Sloan*") are the registered owners of, and holders of the intellectual property rights in, the SLOAN® trademark and additional marks, images, and creative content protected under United States law, related to kitchen fixtures, bath fixtures, and innovative water products;**
- **Sloan has a duty to monitor the use of its intellectual property and enforce its rights;**
- **You are using Sloan's intellectual property without Sloan's permission; and**
- **Sloan now asks that you immediately cease and desist from using its intellectual property.**

We are legal counsel to Sloan, a recognized leader in manufacturing commercial plumbing systems such as Sloan® faucets, water fixtures, sink systems, and smart products. We are writing to alert you ("***Donald Crawford***" or "***you***") to Sloan's intellectual property and demand that you immediately cease your unauthorized use of Sloan's intellectual property, including but not limited to, Sloan's trademarks and copyrighted images, as further described below, in connection with your unauthorized sales of Sloan's products. Failure to

KJK
KOHRMAN JACKSON KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

comply with such demand will result in additional legal action. If you are represented by counsel, you should immediately forward this letter to that representative.

On November 27, 2024, we notified you of Sloan's intellectual property and informed you that your unauthorized sale of Sloan's products constituted infringement of Sloan's rights (the "***Initial Demand Letter***"). The Initial Demand Letter requested that you cease selling Sloan's products by December 6, 2024. You received this letter on November 29, 2024. On December 11, 2024, we sent you a second letter requesting you cease such activity by December 20, 2024 (the "***Second Demand Letter***"). You received this letter on December 12, 2024.

Despite the Initial Demand and Second Demand Letter, you have continued selling Sloan's products and using Sloan's intellectual property without Sloan's consent. As a result, your infringement clearly is willful, which subjects you to enhanced monetary damages. Evidence of your continued sales is set forth below.




Sloan has an obligation to enforce its rights and to protect its resellers and customers. As such, Sloan cannot permit unauthorized sales to continue and will take all necessary steps to eliminate it.

Based upon your unauthorized listing, you are likely subject to false advertising and unfair competition laws. Particularly, your listing deliberately misleads the consumer because it falsely promotes an affiliation with Sloan when no affiliation exists and falsely states or implies that Sloan provides a warranty for the product and otherwise confuses consumers. Deceptive advertising—in any medium—is prohibited by the Lanham Act at 15 U.S.C. § 1125 as well as various state laws, including Ohio's Deceptive Trade Practices Act. Your

KJK KOHRMAN JACKSON KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

statements in connection with the sale of Sloan's products are more than mere puffery and materially influence a consumer's purchasing decision as to the condition, genuineness, and affiliation with Sloan. As a result, you likely have and will continue to injure Sloan through your unauthorized sales.

Your activities constitute, among other things, unfair competition, false advertising, false description and designation of origin, and passing off —all of which may subject you to severe monetary damages in addition to injunctive relief. *See* 15 U.S.C. §§ 1116 and 1117; and 17 U.S.C. § 501. Furthermore, your continued sales of Sloan's products after receipt of the Initial Demand Letter and the Second Demand Letter constitutes "willful" trademark and copyright infringement. Such willful infringement entitles Sloan to additional damages, should it pursue its claims in court. *See* 15 U.S.C. § 1117; 17 U.S.C. § 504. Additionally, as stated in prior communications, Sloan uses a network of authorized resellers that sell Sloan products pursuant to an authorized reseller agreement. Continued purchase and sale of Sloan's products after receipt of the Initial Demand Letter and Second Demand Letter amounts to tortious interference with Sloan's reseller agreements.

## Cease Use of Sloan's Intellectual Property:

Sloan will not tolerate such violations of its intellectual, proprietary, and contractual rights. If you wish to resolve this matter amicably and avoid the expense of litigation, we hereby demand that you:

1. Immediately cease selling any and all Sloan products and confirm in writing that you have ceased such conduct;
2. Identify the source of any and all Sloan products sold, or offered for sale, by you;
3. Permanently cease use of the Marks or any other confusingly similar variants or phonetic equivalents;
4. Permanently cease and desist any act which is likely to infringe upon the Marks or Copyrighted Content;
5. Immediately and permanently refrain from all further exhibition, display, transmission, distribution, or dissemination of works using the Copyrighted Content;
6. Provide a full accounting of all revenue derived from the use of the Marks, the Copyrighted Content, and the sale of the Sloan products (sales volume, customer name, amount of each such sale, and sale date);
7. Provide any purchase orders/invoices for Sloan products from your source of supply and provide a current and accurate accounting of inventory levels of all Sloan products in your possession; and
8. Provide written assurances that you will continue to abide by these obligations in a form and in substance acceptable to us.

KJK KOHRMAN JACKSON KRANTZ

**JON W. GROZA | Partner**

**Direct:** 216.736.7255 | **Mobile:** 440.785.3371 | **JWG@kjk.com**

Unless we receive a prompt and satisfactory response to this letter by **May 15, 2025**, we will assume that you intend to continue your infringing activities and the willful and blatant disregard of Sloan's rights, and we shall immediately advise Sloan to pursue all necessary actions to enforce its rights, including filing a lawsuit against You.

**THIS LETTER DOES NOT PURPORT TO BE A COMPLETE STATEMENT OF THE LAW, THE FACTS, OUR CLIENT'S RIGHTS OR POTENTIAL CLAIMS, AND THIS LETTER IS WITHOUT PREJUDICE TO OUR CLIENT'S LEGAL AND EQUITABLE RIGHTS, ALL OF WHICH ARE EXPRESSLY RESERVED.**

**Sincerely**,

**JON W. GROZA**

**Partner | KJK**

cc: Kyle D. Stroup, Esq.
Antonio F. Dempsey, Esq.