**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: SLOAN VALVE COMPANY v. ZRM INDUSTRIES, et al.

Case Number:

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Sloan Valve Company

Attorney name (type or print): Michael L. Sullivan

Firm: Goldberg Kohn Ltd.

Street address: 55 E. Monroe St., Suite 3300

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6207822
(See item 3 in instructions)

Telephone Number: (312) 201-4000

Email Address: michael.sullivan@goldbergkohn.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | X |
| Are you a member of the court's general bar? | X | |
| Are you a member of the court's trial bar? | X | |
| Are you appearing *pro hac vice*? | | X |
| If this case reaches trial, will you act as the trial attorney? | | X |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 5, 2025

Attorney signature: S/ Michael L. Sullivan

Revised 07/19/2023