# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Sloan Valve Company

          Plaintiff,

v.                   Case No.: 1:25−cv−06289
                   Honorable Mary M. Rowland

ZRM Industries, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 7, 2026:

   MINUTE entry before the Honorable Mary M. Rowland: The parties' Joint Motion for Extension of Time for Parties to Amend the Pleadings and/or Add Parties [38] is granted. The parties are given up to and including 2/4/26 to amend pleadings and/or add parties. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.